Clarence DAVIS, Plaintiff–Appellant,

v.

**Carol BRADSHAW, Dentist, Defendant–Appellee.**

No. 12–56345.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provid-

Submitted Feb. 18, 2014.*

Filed Feb. 27, 2014.

Clarence Davis, pro se.

Janine K. Jeffery, Esquire, Oren Rosenthal, Reily & Jeffery, Northridge, CA, for Defendant–Appellee.

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

## MEMORANDUM **

Clarence Davis, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Davis failed to raise a genuine dispute of material fact as to whether defendant was deliberately indifferent in treating his decayed tooth. *See id.* at 1057 (discussing the standard for deliberate indifference and explaining that mere negligence does not give rise to an Eighth Amendment violation).

**AFFIRMED.**

ed by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.